**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7744**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANGEL QUINTANA,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. James C. Fox, Senior District Judge. (CR-98-94, CA-01-172-F)

———————

Submitted: January 31, 2002        Decided: February 11, 2002

———————

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Angel Quintana, Appellant Pro Se. John Howarth Bennett, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Angel Quintana seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record, the district court's opinion, and Quintana's informal brief filed in this court. Because Quintana does not challenge on appeal the district court's finding that his § 2255 motion was time-barred, he has not preserved that issue for our review. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Quintana, Nos. CR-98-94; CA-01-172-F (E.D.N.C. filed Sept. 19, 2001 & entered Sept. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2